# HALSBAND LAW OFFICES

ATTORNEYS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET, EAST WING
THIRD FLOOR, SUITE 304
HACKENSACK, NEW JERSEY 07601
T. 201.487.6249
F. 201.487.3176
Email: david@halsbandlaw.com
www.halsbandlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2021

**MEMO ENDORSED**

DAVID S. HALSBAND
ADMITTED TO NJ, NY & MA BARS

JYOTI M. HALSBAND
ADMITTED TO NJ & NY BARS

January 28, 2021

<u>Via ECF</u>

Honorable Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Cuahua and Cuahua v. Living Thai Corp. et al.
      Civil Action No. 20-cv-03713

> **The telephonic Case Management Conference scheduled for Thursday, February 4, 2021 at 11:15 a.m. is hereby rescheduled to <u>Friday, February 5, 2021 at 10:00 a.m.</u> The Court reminds the parties to meet and confer on the issues outlined in their letter in advance of the conference in order to narrow the issues requiring judicial intervention, to the extent possible. The parties are directed to dial-in to the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267**
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 01/28/2021

Dear Judge Parker:

We represent the Defendants. The Order dated January 28, 2021, scheduled a telephone conference for February 4, 2021, at 11:15 a.m. I respectfully request the conference be rescheduled because I have depositions that morning starting at 10:00 a.m. This is the first request for an adjournment. I have conferred with counsel for Plaintiffs and he consents to this request, and we are both available as follows:

1. Feb. 5 – any time before 11:30 am
2. Feb. 9 – any time
3. Feb. 10 – any time before 11:30 am
4. Feb. 12 – any time
5. Feb. 17 – any time before 3:30 pm
6. Feb. 19 – any time before 2:00 pm

Thank you for the court's consideration.

Respectfully,

s/David S. Halsband
David S. Halsband

cc:   Clifford Tucker, Esq.
      Counsel for Plaintiffs