# HALSBAND LAW OFFICES
ATTORNEYS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET, EAST WING
THIRD FLOOR, SUITE 304
HACKENSACK, NEW JERSEY 07601
T. 201.487.6249; F. 201.487.3176
Email: david@halsbandlaw.com

On the Web: www.halsbandlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021
```

DAVID S. HALSBAND
ADMITTED TO NJ, NY & MA BARS

JYOTI M. HALSBAND
ADMITTED TO NJ & NY BARS

April 8, 2021

<u>Via ECF</u>

Honorable Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Cuahua and Cuahua v. Living Thai Corp. et al.
      Civil Action No. 20-cv-03713

Dear Judge Parker:

We represent the Defendants. Pursuant to the Order dated March 8, 2021, the parties submit this joint status letter. The parties are planning on depositions of the Defendants for May 18, 2021 and are considering dates for Plaintiffs' depositions. The parties are thus on track to complete discovery by the deadline of June 1, 2021.

Respectfully,

s/David S. Halsband
David S. Halsband

cc:   Clifford Tucker, Esq.
      Counsel for Plaintiffs

---

A telephonic case management conference is hereby scheduled to take place in this case on **June 3, 2021 at 11:30 a.m.** Counsel are directed to call the Court's conference line at the scheduled time. Please dial (866) 434-5269, access code: 4858267.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Date: April 16, 2021