USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GASPAR MAYAHUA CUAHUA,
*individually and on behalf of others similarly situated*, and JAVIER ZOPIYACTLE CUAHUA, *individually and on behalf of others similarly situated*,

                Plaintiffs,

    -against-

LIVING THAIL CORP *doing business as* LIVING THAI CUISINE, *et al.*,

                Defendant.

-----------------------------------------------------------------X

20-CV-3713 (RA) (KHP)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, November 10, 2021 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 3, 2021 by 5:00 p.m.**

**SO ORDERED.**

DATED:    New York, New York
         September 9, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge