USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/03/2021

# HALSBAND LAW OFFICES
ATTORNEYS AT LAW
COURT PLAZA SOUTH
21 MAIN STREET, EAST WING
THIRD FLOOR, SUITE 304
HACKENSACK, NEW JERSEY 07601
T. 201.487.6249; F. 201.487.3176
Email: david@halsbandlaw.com

On the Web: www.halsbandlaw.com

**MEMO ENDORSED**

DAVID S. HALSBAND
ADMITTED TO NJ, NY & MA BARS

JYOTI M. HALSBAND
ADMITTED TO NJ & NY BARS

November 3, 2021

**Via ECF**

Honorable Katharine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Cuahua and Cuahua v. Living Thai Corp. et al.**
    **Civil Action No. 20-cv-03713**

Dear Judge Parker:

We represent the Defendants.

An in-person settlement conference is scheduled for Wednesday, November 10, 2021, at 10:30 a.m. before Your Honor. The parties have discussed settlement. The Plaintiffs provided a current demand and the Defendants made an offer and counsel have continued to confer. However, the parties are very far apart and the chances of reaching an agreement appear to be virtually nonexistent. Thus, the parties respectfully request that the settlement conference be cancelled. Counsel can be available for a telephone status conference if the court wishes to speak with counsel. All parties consent to this request.

Respectfully,

s/David S. Halsband
David S. Halsband

cc: Bryan Robinson, Esq.
    Counsel for Plaintiffs

*Handwritten endorsement:* The November 10, 2021 settlement conference is converted to a case management conference. The conference will be held in person in courtroom 17D. So ordered. Katharine H. Parker 11-3-2021