UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GASPAR MAYAHUA CUAHUA, et al., <br><br>                      Plaintiffs,<br><br>-against-<br><br>LIVING THAI CORP. D/B/A LIVING THAI CUISINE, et al.,<br><br>                      Defendants. | Case No. 1:20-cv-03713 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 6, 2022, filed in response to the Court's September 22, 2022 Reassignment Order. ECF No. 77. In light of the parties' request to return to mediation, the Court is referring this case to the Court-annexed Mediation Program by separate order to be entered today. IT IS HEREBY ORDERED that the parties shall update the Court as to the success of the mediation within 7 days of completion of the program.

      Additionally, in their October 6, 2022 letter, the parties indicate they would like to request an extension to the discovery schedule. The parties may make such request in accordance with the Court's Individual Rule 1.F forthwith.

Dated: October 7, 2022
         New York, New York

                                                          SO ORDERED.

                                                          *Jennifer Rochon*
                                                          JENNIFER L. ROCHON
                                                          United States District Judge