```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GASPAR MAYAHUA CUAHUA,
*individually and on behalf of others similarly situated*, and JAVIER ZOPIYACTLE CUAHUA, *individually and on behalf of others similarly situated*,

                    Plaintiffs,

     -against-

LIVING THAIL CORP *doing business as*
LIVING THAI CUISINE, *et al.,*

                    Defendant.

-----------------------------------------------------------------X

**20-CV-3713 (RA) (KHP)**
**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On August 12, 2024, the Court granted Plaintiffs' counsel's request to withdraw from representation of Plaintiff Antonio Guzman. ECF No. 127. Catalina Sojo is hereby ordered to serve a copy of that order, and this order, on *pro se* Plaintiff Guzman and file an affidavit of service of same with the Court by no later than August 23, 2024. By Thursday, September 12, 2024, Plaintiff Guzman shall file a status letter with the Court indicating whether he has retained substitute counsel, or whether he will be proceeding *pro se*. By September 12, 2024, Plaintiff Guzman also shall provide the Court with his address and contact information so that the Court may reach him. **Plaintiff Guzman is advised that failure to comply with this order may result in sanctions, including his dismissal from the action for failure to prosecute**. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

     **SO ORDERED.**

DATED:   New York, New York
         August 13, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge