# CSM LEGAL, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
‗‗‗‗‗‗‗‗
catalina@csm-legal.com

October 2, 2024

**Via ECF**
Magistrate Judge Katharine H. Parker
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *Mayahua Cuahua et al v. Living Thai Corp et al.,*
             1:20-cv-03713

Your Honor:

     I am the Managing Partner of CSM Legal, P.C., attorneys for Plaintiffs in the above-referenced matter. I write, jointly with Defendants' counsel, following the Court's Order dated September 24, 2024, regarding the validity of the non-disparagement provision in the parties' proposed settlement agreement (Dkt. No. 133).

     We inform the court that the parties have revised the non-disparagement clause with the hope it addresses the Court's concerns and respectfully submit the attached revised settlement agreement for the Court's review.

We thank the court for its attention to this matter.

                        Respectfully Submitted,

                        /s/ Catalina Sojo, Esq.
                        Catalina Sojo
                        CSM LEGAL, P.C.
                        Attorneys for Plaintiffs