UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
GASPAR MAYAHUA CUAHUA, JAVIER
ZOPIYACTLE CUAHUA, LEONARDO
ENRIQUE, ANTONIO GUZMAN, and
PAULINO SABINO POLICARPIO,
*individually and on behalf of others similarly
situated*,

                             *Plaintiffs,*

-against-

LIVING THAI CORP. (D/B/A LIVING
THAI CUISINE), POLLY DOE, VANESSA
DOE, and WARAKORN SIRITIPAKUL,

                          *Defendants.*
----------------------------------------------------X

20-CV-3713

**JUDGMENT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/4/2026____
```

    **WHEREAS**, the parties entered into a settlement in this action, which was approved by this Court on October 3, 2024;

    **WHEREAS**, Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

    **WHEREAS,** this matter came before the Court for an entry of Judgment in favor of Plaintiffs against Defendants, pursuant to the settlement agreement which was approved by this Court on October 3, 2024.

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiffs GASPAR MAYAHUA CUAHUA, JAVIER ZOPIYACTLE CUAHUA, LEONARDO ENRIQUE, and PAULINO SABINO POLICARPIO and against Defendants LIVING THAI CORP. (D/B/A LIVING THAI CUISINE) and WARAKORN SIRITIPAKUL in the sum of Forty Thousand Dollars and No Cents ($40,000.00) and that Plaintiffs shall have execution therefore.

                            Judgment Entered this 4th day of February, 2026.

                            *Kathaine H Parker*

                          US Magistrate Katharine H. Parker